IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A. KAMI COLE and ANDREA BANDERAS, <br><br> Plaintiffs, <br><br> v. <br><br> EOS CCA, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:11-CV-00629-WSD-JFK |

## DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs A. Kami Cole and Andrea Banderas and dismiss the above-styled action without prejudice.

This 11th day of July, 2011.

*John C. Forbes, Jr.*
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiffs

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia 30309-9910
(678) 341-5550

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in the foregoing action with the foregoing Dismissal Without Prejudice by depositing a copy of same in the United States Mail, with adequate postage thereon, properly addressed as follows:

> John H. Bedard, Jr.
> Bedard Law Group, P.C.
> 2810 Peachtree Industrial Boulevard
> Suite D
> Duluth, Georgia  30097

This 11th day of July, 2011.

*John C. Forbes, Jr.*
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiffs

THE LAW OFFICES OF MARK A. CAREY, P.C.
925-B Peachtree Street, N. E.
#307
Atlanta, Georgia  30309-9910
 (678) 341-5550